**LEVI & KORSINSKY LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
Email: aapton@zlk.com
         amccall@zlk.com
445 South Figueroa St., 31st Floor
Los Angeles, CA 90071
Tel: 213/985-7290
Fax: 202/333-2121

*Attorneys for Lead Plaintiff Gilberto Castro and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WATERFORD TOWNSHIP POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., CHRISTOPHER A. SINCLAIR, RICHARD L. DICKSON, KEVIN M. FARR and JOSEPH B. JOHNSON,<br><br>Defendants. | Case No. 2:17-cv-04732-VAP (KSx)<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT IN FAVOR OF MATTEL, INC., CHRISTOPHER A. SINCLAIR, RICHARD L. DICKSON, KEVIN M. FARR and JOSEPH B. JOHNSON.** |

39631055.1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Lead Plaintiff Gilberto Castro hereby lodges the [Proposed] Judgment in Favor of Defendants Mattel, Inc., Christopher A. Sinclair, Richard L. Dickson, Kevin M. Farr and Joseph B. Johnson.

Dated: September 4, 2018      **LEVI & KORSINSKY, LLP**

By: s/ Adam M. Apton
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
Email: aapton@zlk.com
       amccall@zlk.com
445 South Figueroa St., 31st Floor
Los Angeles, CA 90071
Tel: 213/985-7290
FAX: 202/333-2121

Nicholas I. Porritt (*to be admitted pro hac vice*)
1101 30th Street N.W., Suite 115
Washington, D.C. 20003
Tel: 202/524-4290
FAX: 202/333-2121

*Attorneys for Lead Plaintiff and Lead Counsel for the Class*

39631055.1