JS-6

FILED
CLERK, U.S. DISTRICT COURT
9/19/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RF _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WATERFORD TOWNSHIP POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., CHRISTOPHER A. SINCLAIR, RICHARD L. DICKSON, KEVIN M. FARR and JOSEPH B. JOHNSON,<br><br>Defendants. | Case No. 2:17-cv-04732-VAP (KSx)<br><br>**FINAL JUDGMENT IN FAVOR OF MATTEL, INC., CHRISTOPHER A. SINCLAIR, RICHARD L. DICKSON, KEVIN M. FARR and JOSEPH B. JOHNSON.** |

On May 24, 2018, the Court issued an order granting Defendants' motion to dismiss Lead Plaintiff's Consolidated Complaint (Dkt. No. 50) (the "Complaint") in its entirety with leave to amend. (Dkt. No. 65.) Lead Plaintiff Gilberto Castro has decided not to file an amended complaint pursuant to the May 24, 2018 order.

Therefore, this action is now dismissed with prejudice and judgment is hereby entered in favor of all Defendants.

**IT IS SO ORDERED.**

Dated: September 19, 2018

_____
Honorable Virginia A. Phillips
Chief United States District Judge